OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

12/2/2015

ALMAZAN, MAYRA ALEJANDRA Tr. Ct. No. 12-DCR-061928 HC1WR-84,200-01

This is to advise that your application for writ of habeas corpus has been dismissed. Conviction not final; mandate not issued at time application filed in trial court. See Ex parte Johnson, 12 S.W.3d 472 (Tex. Crim. App. 2000).

Abel Acosta, Clerk

MAYRA ALEJANDRA ALMAZAN
SAN SABA UNIT - TDC # 1938891
206 S. WALLACE CREEK RD.
SAN SABA, TX 76877